| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   7

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**        JOIRIDE, Inc.

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names
   
   FKA  Big Blue Air Helicopters, Inc.

3. **Debtor's federal Employer Identification Number (EIN)**    37-1694049

4. **Debtor's address**

   **Principal place of business**
   
   **42215 Washington Street, Suite A550**
   **Palm Desert, CA 92211**
   Number, Street, City, State & ZIP Code
   
   **Riverside**
   County
   
   **Mailing address, if different from principal place of business**
   
   _____
   P.O. Box, Number, Street, City, State & ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   
   **47350 Dune Palms Road, Unit 330 La Quinta, CA 92253**
   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**    www.joiride.com

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 1

Debtor  **JOIRIDE, Inc.**  Case number (*if known*) _____
         Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ■ No. |
|---|---|---|
| | | ☐ Yes. |
| | If more than 2 cases, attach a separate list. | District _____ When _____ Case number _____ |
| | | District _____ When _____ Case number _____ |

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No |
|---|---|---|
| | | ☐ Yes. |
| | List all cases. If more than 1, attach a separate list | Debtor _____ Relationship _____ |
| | | District _____ When _____ Case number, if known _____ |

Debtor    **JOIRIDE, Inc.**                                                                                            Case number (*if known*) _____
        Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.   Insurance agency _____
  Contact name _____
  Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    JOIRIDE, Inc.                                                              Case number (if known)
         _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05/23/2019
               MM / DD / YYYY

X _____    Christopher Stephen Cheek
  Signature of authorized representative of debtor    Printed name

Title    **President**

**18. Signature of attorney**    X _____    Date    05/23/2019
                                    Signature of attorney for debtor                MM / DD / YYYY

**Summer M. Shaw, Esq. 283598**
Printed name

**DOLING SHAW & HANOVER, APC**
Firm name

**36-915 Cook Street, Suite 101**
**Palm Desert, CA 92211**
Number, Street, City, State & ZIP Code

Contact phone    (760)341-8837    Email address    ss@dshapc.com

**283598 CA**
Bar number and State

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Summer M. Shaw, Esq. 283598<br>36-915 Cook Street, Suite 101<br>Palm Desert, CA 92211<br>(760)341-8837 Fax: (760)341-3022<br>California State Bar Number: 283598 CA<br>ss@dshapc.com | |

☐ Debtor(s) appearing without an attorney
■ Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**JOIRIDE, Inc.**

Debtor(s).

CASE NO.:
CHAPTER: 7

**VERIFICATION OF MASTER
MAILING LIST OF CREDITORS**

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ___5___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 05/23/2019

Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: 05/23/2019

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015

**F 1007-1.MAILING.LIST.VERIFICATION**

```
JOIRIDE, Inc.
42215 Washington Street, Suite A550
Palm Desert, CA 92211


Summer M. Shaw, Esq.
DOLING SHAW & HANOVER, APC
36-915 Cook Street, Suite 101
Palm Desert, CA 92211


American Express Bank, FSB*
Attn: Kenneth Chenault, CEO
4315 S. 2700 West
Salt Lake City, UT 84184


BB Law Group, LLP
6100 Center Drive, Suite 1100
Los Angeles, CA 90045


Big Blue Air Helicopter
42215 Washington Street, Suite A550
Palm Desert, CA 92211


California Department of Tax and
Fee Administration
450 North Street
Sacramento, CA 94279-0001


California Department of Tax and*
Fee Administration
Special Ops, MIC:55
PO Box 942879
Sacramento, CA 94279-0055


Certified Folder Display Service
1120 Joshua Way
Anaheim, CA 92801
```

Clark Construction
PO Box 399
Twentynine Palms, CA 92277


Diamler Truck Financial
PO Box 901
Roanoke, TX 76262-0685


Elavon, Inc.
2 Concourse Parkway
Atlanta, GA 30328


Employment Development Department*
Bankruptcy Group MIC92E
P.O. Box 826880
Sacramento, CA 94280-0001


Gipson Hoffman & Pancione APC
1901 Avenue of the Stars
Suite 1100
Los Angeles, CA 90067-6002


HeliValues$, Inc.
1001 North Old Ranch Road
Unit 101
Wauconda, IL 60084


Internal Revenue Service*
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


John Hassett
9250 South Ranchero Lane
Mohave Valley, AZ 86440

John Talma
c/o BB Law Group, LLP
6100 Center Drive, Suite 1100
Los Angeles, CA 90045


Jon Christensen
Treasurer-Tax Collector
4080 Lemon Street, 1st Floor
PO Box 12005
Riverside, CA 92502-2205


Lamar Companies
PO Box 96030
Baton Rouge, LA 70896


Mark Lee Noris Family Trust
Gipson Hoffman & Pancione APC
1901 Avenue of the Stars
Suite 1100
Los Angeles, CA 90067-6002


Mark Lee Norris, Trustee of the
Mark Lee Norris Family Trust
3336 Camino Hermanos
Lancaster, CA 93536


Michael Evans
c/o BB Law Group, LLP
6100 Center Drive, Suite 1100
Los Angeles, CA 90045


Palms Bureau of Tourism
277 North Avenida Caballeros
Palm Springs, CA 92262


Regus
500 North Rainbow
Las Vegas, NV 89107

Riverside County Assessor
PO Box 751
Riverside, CA 92502-0751


Rogue 5 Media
2654 West Horizon Ridge Parkway
Suite B5-58
Henderson, NV 89052


Secretary of State
202 North Carson Street
Carson City, NV 89701


State of California*
Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento, CA 95812-2952


U.S. Bank
42150 Washington Street
Indio, CA 92203


U.S. Bank, National Association
c/o CT Corporation System
Vivian ImperialAgentforSvcofProcess
818 West Seventh Street, Suite 930
Los Angeles, CA 90017


U.S. Bank, National Association*
Attn: Andy Cecere, CEO
425 Walnut Street
Cincinnati, OH 45202


U.S. Trustee
3801 University Avenue
Riverside, CA 92501

```
William C. Klintworth
SK Capital III, LLC
6300 Sagewood Drive, Suite H502
Park City, UT 84098
```

## MINUTES OF SPECIAL MEETING OF SHAREHOLDERS OF
## JOIRIDE

The shareholders of Joiride, a California corporation, held its special meeting on April 1, 2019 at 10:00 a.m. in the Conference Room at Atlantic Aviation located at 145 N. Gene Autry Trail, Palm Springs, CA 92262.

The following shareholders / directors were present:

Christopher S. Cheek

Also present at the meeting by telephone was Dennis J. Hawk, Esq., counsel for Ivan L. Arnold.

Also present at the meeting was Roman M. Whittaker, Esq., counsel for Joiride, who acted as chair of the meeting.

The chair announced that the corporation had served Notice of Special Meeting of the shareholders of Joiride to consider and vote on an election to wind-up and dissolve the Joiride and the hiring of the law firm Doling Shaw & Hanover APC to represent and advise the corporation with regard to the filing of a voluntary bankruptcy petition by Joiride.

Upon inquiry by Mr. Hawk on behalf of Mr. Arnold as to Mr. Arnold's voting interest in the corporation, Mr. Whittaker stated that it was not entirely clear what percentage of common stock of Joiride that Mr. Arnold held at the time of the meeting, but that for purposes of the meeting, it was determined that Mr. Arnold held a maximum 34.8% voting interest as a shareholder of Joiride, and that Mr. Cheek held the balance of the voting interest. Accordingly, with Mr. Cheek establishing a quorum for purposes of the meeting and voting the entirety of his voting interest, it was moved and approved by Mr. Cheek as follows:

**RESOLVED**, that the shareholders of Joiride elect to wind-up and dissolve the corporation to hire of the law firm Doling Shaw & Hanover APC to represent and advise the corporation with regard to the filing of a voluntary bankruptcy petition by Joiride forthwith.

There being no further business to come before the special meeting of shareholders of Joiride, the meeting was adjourned by the chair at 10:20 a.m.

Dated: April 1. 2019

Christopher S. Cheek, President/CEO and CFO