1  DANA M. PERLMAN, ESQ. (SBN 126169)
2  PERLMAN & ASSOCIATES, A Law Corporation
   9454 Wilshire Blvd., Suite 525
3  Beverly Hills, CA 90212-2930
   Telephone:  (310) 247-9500
4  Facsimile:   (310) 247-0109
5  Email: dperlman@perlmanlaw.com

6  Attorneys for creditor Ivan Arnold

**FILED & ENTERED**

**SEP 16 2019**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig        DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

In re:                                    ) CASE NO. 6:19-bk-14506-MW
                                          ) Chapter: 7
JOIRIDE, INC.,                            )
                                          ) **ORDER GRANTING MOTION TO**
                                          ) **COMPEL TRUSTEE TO ABANDON**
                                          ) **PROPERTY PER 11 *U.S.C.* 554(B)**
            Debtor.                       )
_____ ) No Hearing Required [LBR 9013-1(o)]

The Court has reviewed and considered the *Notice of Motion and Motion of Creditor Ivan Arnold to Compel Trustee's Abandonment of Property Pursuant to 11 U.S.C. § 554(b) and FRBP 6007(b)* (the "Motion") and the accompanying Declaration of Ivan Arnold ("Arnold Declaration") filed in support of the Motion. [See, Dkt 17, 17.1 & 18].

Service of the Motion was proper and no request for hearing or response to the Motion has been timely filed. Accordingly, based on the Motion and Arnold Declaration, the Court finds that good cause exists to grant the Motion.

Therefore, IT IS HEREBY ORDERED that:

1.   The Motion is granted in its entirety.

//

1
2
3

    2.    The Trustee shall promptly abandon the bankruptcy estate's interest in the 2017 Mercedes-Benz M3CAE6, bearing VIN: WDAPF1CD9HP386621 (the "Property") pursuant to 11 U.S.C. § 544(b).

###

Date: September 16, 2019

Mark S. Wallace
United States Bankruptcy Judge

-2-